| | |
|---|---|
| 1 | Susan St. Vincent |
| 2 | Legal Officer |
|   | NATIONAL PARK SERVICE |
| 3 | Legal Office |
|   | P.O. Box 517 |
| 4 | Yosemite, California  95389 |
|   | Telephone:  (209) 372-0241 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number:  6:18-MJ-0050-JDP |
|---|---|
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |
| ALEXANDER GRAY DANFORTH, | |
| Defendant. | |

     The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for April 16, 2019.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on November 27, 2018.

.

Dated:  April 15, 2019                      NATIONAL PARK SERVICE

                                                      /S/ Susan St. Vincent
                                                       Susan St. Vincent
                                                       Legal Officer

1

## ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for April 16, 2019 in the above referenced matter, *United States v. Danforth, 6:18-MJ-0050-JDP*, be vacated.

IT IS SO ORDERED.

Dated: April 15, 2019

_____
UNITED STATES MAGISTRATE JUDGE